UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

PATRICIA BEJARANO,

                Plaintiff,

     v.

ALL PRO HOME AND HEALTH CARE
SERVICE, INC., aka MOHEGAN PARK HOME
FOR ADULTS, aka NEW ROCHELLE HOME
FOR adults, AKA 41 LOCKWOOD REALTY
CORP., aka MARQUIS HOME CARE, LLC,
ISRAEL ORZEL, Individually,
CHRISTENCHER SEMPLE, Individually,

                Defendants.

Civ. No.: 15-CV-5906

-------------------------------------------------------------------X

### STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

It hereby is STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter into this Stipulation, that any obligation on the part of Defendants to answer, move, or otherwise respond to the Complaint in this matter is extended to and including January 29, 2016; and,

It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that Defendants, upon whom service was effected on October 16, 2015, hereby waive any defenses based on alleged defects in service of process, without prejudice to Defendants' position that some or all Defendants are not proper parties to the instant action.

| | |
|---|---|
| JAFFE GLENN LAW GROUP, P.A. | JACKSON LEWIS P.C. |
| *ATTORNEYS FOR PLAINTIFFS* | *ATTORNEYS FOR DEFENDANTS* |
| 301 North Harrison Street | 58 South Service Rd., Ste. 250 |
| Suite 9f, #306 | Melville, New York 11747 |
| Princeton, NJ 08540 | (631) 247-0404 |
| (201) 687-9977 | |

By: _____  
    JODI J. JAFFE, ESQ.

Dated: 1/26/2016

By: _____  
    NOEL P. TRIPP, ESQ.

Dated: 1/26/2016

SO ORDERED, on this 27 day of January, 2016

_____  
United States District Judge

4825-2995-2812, v. 1