UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PATRICIA BEJARANO,

            Plaintiff,

v.

ALL PRO HOME AND HEALTH CARE
SERVICE, INC., aka MOHEGAN PARK HOME
FOR ADULTS, aka NEW ROCHELLE HOME
FOR adults, AKA 41 LOCKWOOD REALTY
CORP., aka MARQUIS HOME CARE, LLC,
ISRAEL ORZEL, Individually,
CHRISTENCHER SEMPLE, Individually,

            Defendants.

Civ. No.: 15-CV-5906

------------------------------------------------------------X

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE, that the undersigned has been retained as attorneys for Defendants, and demand that all papers in this action be served upon the undersigned at the office, post office address and e-mail stated below.

Dated: Melville, New York
       January 29, 2016

            Respectfully submitted,

            JACKSON LEWIS P.C.
            *ATTORNEYS FOR DEFENDANTS*
            58 South Service Rd., Ste. 250
            Melville, New York 11747
            (631) 247-0404

            Paul.Piccgallo@jacksonlewis.com

    By: _____
            PAUL PICCIGALLO, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2016, Notice of Appearance was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

JODI J. JAFFE, ESQ.
JAFFE GLENN LAW GROUP, P.A.
*ATTORNEYS FOR PLAINTIFF*
301 NORTH HARRISON STREET
SUITE 9F, #306
PRINCETON, NJ 08540

_____
PAUL PICCIGALLO, ESQ.

4850-7756-8813, v. 1